AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:24MJ679 (TOF) | Date and time warrant executed: 8-5-24 2PM | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of : TFO Rodriguez / TFO Doudrean | | |

Inventory of the property taken and name(s) of any person(s) seized:

- 1 Brick of a highly compressed white powder substance which field tested positive for cocaine. This brick weighed 2.3 pounds.
- USPS 9505 5114 0572 4205 4186 88 along with the contents hiding the cocaine. (safe box and apple air tag tracker).

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-5-23

Executing officer's signature

Paul Movitt, Postal Inspector
Printed name and title

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

AUG 1 2024 PM 12:00
FILED-USDC-CT-HARTFORD

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 3:24MJ679 (TOF)
Priority Mail parcel displaying USPS Tracking Number )
9505 5114 0572 4205 4986 88 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of \_\_\_Connecticut\_\_\_
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, attached hereto and incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before \_\_\_August 14, 2024\_\_\_ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to \_\_\_Thomas O Farrish\_\_\_.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_\_ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    07/31/2024 5:24 pm          *Thomas O. Farrish* Date: 2024.07.31 17:25:08 -04'00'
                                                        *Judge's signature*

City and state:    Hartford, Connecticut                     Hon. Thomas O Farrish
                                                                   *Printed name and title*

# ATTACHMENT A

## Property to Be Searched

19. Priority Mail parcel USPS Tracking Number 9505 5114 0572 4205 4986 88, addressed to "Saul Ortiz, 45 Melrose St. Bristol, CT 06010" and bearing return information of "Javier Garcia, Urb Jose S. Quinones C11#5 1072 Carolina, PR 00985" (the "SUBJECT PARCEL").



## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846, including United States currency and narcotics.